■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL NAVA, Appellant. [705 NYS2d 301] —Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered July 21, 1998, convicting him of assault in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., S. Miller, McGinity and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNEL A. PARSONS, Appellant. [705 NYS2d 288] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered May 22, 1996, convicting him of murder in the second degree and criminal possession of a